UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSE PICHARDO,

                            Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2024

1:22-cr-522-GHW-22

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding in this matter will take place on June 12, 2024 at 2:00 p.m. with respect to JOSE PICHARDO. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Pichardo and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: May 31, 2024

                                              GREGORY H. WOODS
                                             United States District Judge