```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :
                                         :
JOSE PICHARDO,                           :      1:22-cr-522-GHW-22
                                         :
            Defendant.                   :      ORDER
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on June 25, 2024 at 11:00 a.m. to discuss Defendant Jose Pichardo and his request for a medical order. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Pichardo, and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court. The Bureau of Prison ("BOP") is also directed to ensure that a representative of the BOP appears for the proceeding.

Counsel for the United States is directed to provide a copy of this order to the BOP.

SO ORDERED.

Dated: June 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge