UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,             :

                 -against-                         :

   JOSE PICHARDO,                           :        1:22-cr-522-GHW-22

                        Defendant.      :        <u>ORDER</u>
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2024

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing currently scheduled for September 23, 2024 at 11:00 a.m is rescheduled. The hearing will take place on December 16, 2024 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: September 10, 2024
New York, New York

                                                       GREGORY H. WOODS
                                           United States District Judge