UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-

JOSE PICHARDO,

                           Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024

1:22-cr-522-GHW-22

ORDER

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing currently scheduled for December 16, 2024 at 10:00 a.m. is rescheduled. The proceeding will take place on January 17, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than January 3, 2025. The Government's sentencing submissions are due no later than January 10, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: December 3, 2024
New York, New York

                                                   GREGORY H. WOODS
                                           United States District Judge